IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIO VELASCO,<br><br>             Plaintiff,<br><br>vs.<br><br>BROADWAY ARCTICE CIRCLE, LLC; and HITT ARCTIC CIRCLE,<br><br>             Defendants. | Case No. 4:11-cv-00102-BLW<br><br>**ORDER** |

      The Court has before a Motion for Leave to Withdraw as Counsel and Notice of Address Change for Counsel Paul C. EchoHawk (Dkt. 66).

      NOW THEREFORE IT IS HEREBY ORDERED that the Motion for Leave to Withdraw as Counsel and Notice of Address Change for Counsel Paul C. EchoHawk (Dkt. 66) is **GRANTED**. Attorney Mark A. EchoHawk shall be withdrawn as counsel of record for Defendants. Attorney Paul C. Echohawk shall remain as counsel of record for Defendants.

      IT IS FURTHER ORDERED that the Clerk of the Court shall provide a copy of this Order to Mark Echohawk at Echo Hawk Law at 505 Pershing Ave., Suite 100, Pocatello, ID, 83205-6119, to Paul Echohawk at Kilpatrick Townsend & Stockton, LLP, 1420 Fifth Ave., Suite 4400, Seattle, WA, 98101, and to plaintiff's counsel as listed on CM/ECF.

**ORDER - 1**



DATED: April 11, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**